No. 12–8349. CHI MAK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8350. URQUIA LAGOS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8351. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8352. ERCOLE v. LaHOOD, SECRETARY OF TRANSPORTATION. C. A. 2d Cir. Certiorari denied.

No. 12–8353. ANDERSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–8356. McGRUDER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–8359. ARELLANO-GARCIA v. UNITED STATES; and
No. 12–8408. OROZCO-RIOS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 503 Fed. Appx. 300.

No. 12–8360. ADOH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8361. ADAMS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 12–8365. FAZIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–8369. OUSLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–8370. ROBINSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–8371. MORAN-ELIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8375. RODRIGUEZ, AKA DOE, AKA FERNANDEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–8382. BARTEL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.